# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JAMIL GANDY, | : No. 42 MM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| PROTHONOTARY CCP MONT. CO. CV. | : |
| AND SASHA REEDER, | : |
| | : |
| Respondents | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 27th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the "Writ of Habeas Corpus" is DENIED.